Law Offices of Todd M. Friedman, P.C.
Todd M. Friedman (216752)
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@attorneysforconsumers.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JESSICA INIGUEZ**, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> **UBER TECHNOLOGIES, INC.**, and DOES 1 through 10, inclusive, and each of them, <br><br> Defendant. | Case No. 3:16-cv-06126-LB <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case without prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Although this case was filed as a class action, no class has been certified, and court approval of this voluntary dismissal is therefore not required under Rule 23(a) of the Federal Rules of Civil Procedure.

RESPECTFULLY SUBMITTED this 6th day of December, 2016.

By: s/Todd M. Friedman
Todd M. Friedman, Esq.
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

Notice of Dismissal - 1

1  Filed electronically on this 6th day of December, 2016, with:

2
3  **United States District Court CM/ECF system**

4  And hereby served upon all parties

5  Notification sent on this 6th day of December, 2016, via the ECF system to:
6
7  Honorable Otis D. Wright, II
   United States District Court
8  Central District of California

9
10  William Lewis Stern
    Morrison & Foerster LLP
11
12  Grant C Schrader
    Morrison Foerster
13
14  Tiffany Cheung
    Morrison & Foerster LLP
15

16

17  This 6th day of December, 2016.
18  By: s/Todd M. Friedman
           Todd M. Friedman
19

20

21

22

23

24

25

26

27

28